JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CV 10-3209 PA |
| Petitioner, | CR 09-698 PA |
| v. | JUDGMENT |
| JOSE LUIS MARTINEZ-O'CAMPO, | |
| Respondent. | |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. § 2255 is denied and the action is dismissed with prejudice.

DATED:  May 30, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE